908

No. 611. PUBLIC UTILITY DISTRICT No. 1, PEND OREILLE COUNTY, WASHINGTON, *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Clarence C. Dill, Lloyd W. Ek, Joseph Volpe, Jr.* and *Bennett Boskey* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Alan S. Rosenthal, Howard E. Shapiro, Richard A. Solomon, Howard E. Wahrenbrock, Thomas M. Debevoise* and *Josephine H. Klein* for the Federal Power Commission, and *A. C. Van Soelen, Richard S. White, William A. Helsell, Robert L. McCarty* and *Charles F. Wheatley, Jr.* for the City of Seattle, respondents.

No. 621. OLIVER ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Sidney Dickstein* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *Floyd L. France* for respondent. *Arthur Lazarus, Jr.* and *Daniel M. Singer* for the Association on American Indian Affairs, as *amicus curiae,* in support of the petition.

No. 648. KING COUNTY *v.* TRICON, INC. Supreme Court of Washington. Certiorari denied. *William L. Paul, Jr.* for petitioner. *Martin P. Detels, Jr.* for respondent.

No. 660. FRANKHOUSER *v.* KISSINGER, ADMINISTRATRIX, ET AL. C. A. 4th Cir. Certiorari denied. *Robert M. Furniss, Jr.* and *Harry N. Gustin* for petitioner. *Stanley E. Sacks* for respondents.